IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION


FILED
SEP 11 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:19cr 125 |
| CHRISTOPHER GRANT, | 18 U.S.C. §§ 201(b)(2) |
| Defendant. | Receipt of a Bribe by a Public Official (Count One) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or about December 3, 2016, CHRISTOPHER GRANT, a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being induced to do an act and omit to do an act in violation of his official duty; that is: GRANT, a U.S. Postal carrier received and accepted U.S. currency in exchange for delivering a U.S. mail parcel to someone other than the addressee named thereon at a location other than the delivery address designated thereon and then failed to deliver the same parcel in accordance with the directions specified thereon, all in violation of his official duties as a U.S. Postal letter carrier.

(In violation of Title 18, United States Code, Section 201(b)(2)).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: September 11, 2019     By: *Kaitlin G. Cooke*
Kaitlin G. Cooke
Assistant United States Attorney