IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal Case No. 3:19-cr-125(DJN)

CHRISTOPHER GRANT,
    Defendant.

## ORDER

This matter comes before the Court for sentencing after having been reassigned from Senior United States District Judge Robert E. Payne. There being no timely filed objections to the Report and Recommendation (ECF No. 13) previously issued by the undersigned as a Magistrate Judge, and the time for filing objections having expired, it is hereby ORDERED that the Report and Recommendation (ECF No. 13) is ADOPTED. The Defendant is found to have knowingly and voluntarily entered a plea of guilty to Count One of the Criminal Information.

Further, having conferred with counsel for the Government and Defendant, the Court hereby RESCHEDULES the sentencing hearing in this matter to 11:00 a.m. on December 17, 2019. At that time, the parties shall report to Richmond Courtroom 6300.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: October 29, 2019